No. 41667.—Petitions 5781–R, etc., of Musolino Lo Conte Co. (Boston).

Opinion by Tilson, J.   On the records presented it was found that there was no intent to defraud the revenue or to conceal or misrepresent the facts.   The petitions were therefore granted.

Before the Third Division, June 15, 1939

No. 41668.—Protest 677433–G of Hiyama Shoten (Honolulu).

Opinion by Evans, J.   On the authority of *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197) the bean flour in question was held dutiable at 35 percent under paragraph 775 as claimed.   Iriko the same as that the subject of Abstract 39806 was held dutiable as fish dried and unsalted at 1¼ cents per pound under paragraph 717 (c) as claimed.

No. 41669.—Protest 872287–G of Bedloe Brands, Inc. (New York).

Opinion by Evans, J.   The protest was sustained as to the whisky withdrawn from warehouse after the effective date of the Canadian Trade Agreement, which was held dutiable at $2.50 per gallon under paragraph 802, Tariff Act of 1930.

No. 41670.—Protest 974180–G of Swift & Anderson, Inc. (Boston).

Opinion by Evans, J.   In accordance with agreement of counsel it was held that there was an error in the liquidation of the entry and the protest was accordingly sustained.

No. 41671.—Protest 980498–G of Rohner, Gehrig & Co., Inc. (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.